IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 04-cr-00335-PSF

UNITED STATES OF AMERICA,

    Plaintiff,

v.

KURT A. KRISTL,

    Defendant.
_____

**ORDER**
_____

Pursuant to the Mandate from the United States Court of Appeal for the Tenth Circuit, filed March 14, 2006, this case is SET FOR RESENTENCING on **April 4, 2006, at 11:00 a.m.**

    DATED: March 15, 2006

                                              BY THE COURT:

                                              *s/ Phillip S. Figa*

                                              _____
                                              Phillip S. Figa
                                              United States District Judge