IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Case No. 04-cr-00335-PSF

UNITED STATES OF AMERICA,

    Plaintiff,

v.

KURT A. KRISTL,

    Defendant.

## ORDER FOR WRIT OF *HABEAS CORPUS AD PROSEQUENDUM*

Upon petition of the United States and for good cause shown, it is hereby

ORDERED that the Clerk of the Court shall issue a writ to the United States Marshals Service requiring the United States Marshals to produce KURT A. KRISTL before United States District Court Judge Phillip S. Figa forthwith for resentencing on **April 4, 2006 at 11:00 a.m.**, and to hold him at all times in the United States Marshals' custody, as agents of the United States of America, until final disposition of the defendant's case, and thereafter to return Defendant Kristl to the institution where he is now confined.

DATED: March 29, 2006

BY THE COURT:

*s/ Phillip S. Figa*

Phillip S. Figa
United States District Judge